YESKOO HOGAN & TAMLYN, LLP
86 Hudson Street
Hoboken, New Jersey 07030
(201) 420-8650
By: Richard C. Yeskoo (RY7329)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
MAKTEL COMMUNICATIONS, INC.,
                               Plaintiff,          Civil Action No. 04-

     — against —                      2:04-cv-3321

PHOENIX TELECOMMUNICATIONS GROUP,
INC. and JOHN D. GILL,
                               Defendants.
-----------------------------------------------------------------x

## UNOPPOSED MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

     Defendants, Phoenix Telecommunications Group, Inc. and John D. Gill, through their attorneys Yeskoo Hogan & Tamlyn, LLP, hereby move the Court for an order pursuant to Local Rule 101.1 (c) admitting Edward A. Maldonado, Esq. *pro hac vice* to participate in the litigation of this action. This motion is based on the accompanying affirmation of Richard C. Yeskoo.


Dated: Hoboken, New Jersey
        July 22, 2004

                                      YESKOO HOGAN & TAMLYN, LLP
                                      Attorneys for Defendants


                                      By: /s_____
                                           RICHARD C. YESKOO (RY7329)